IH-32                                                                          Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

LOUIS SANQUINI, individually and on
behalf of all others similarly situated,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:26-cv-05880 (JSR) |
| STUBHUB HOLDINGS, INC., ERIC H. BAKER, and DOES 1-10, | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

IN RE STUBHUB WORLD CUP TICKET
MARKETING & SALES LITIGATION,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:26-cv-05569 (VSB) |
| STUBHUB INC., | |
| Defendant | |

IH-32                                                                      Rev: 2014-1

Status of Earlier Filed Case:

☐  Closed

(If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑  Open

(If so, set forth procedural status and summarize any court rulings.)

On July 10, 2026, the Court (Broderick, D.J.) granted a motion to consolidate Stasium v. StubHub, Inc., 26-cv-05744, with Moghal v. StubHub, Inc., 26-cv-05669, and the consolidated case was renamed In re StubHub World Cup Ticket Marketing & Sales Litigation, 26-cv-05669.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The Defendant in In re StubHub is StubHub, Inc., an affiliate of Defendant StubHub Holdings, Inc., the Defendant in Sanquini.  The claims in both cases arise from purchases made on StubHub's ticketing platform, presenting overlapping factual subject matter.  As reflected in Paragraph 29 of the Complaint in Sanquini, the proposed Class is expressly defined to exclude any claim arising from non-delivery, cancellation, or invalidity of a purchased ticket — the subject matter of Moghal/In re StubHub.

Plaintiff does not necessarily believe that the cases are related, but is nevertheless advising the Court to ensure the Court has a complete and accurate record for case-assignment and management purposes.

Signature: /s/ Hillel I. Parness        Date: 7/23/26

Firm: Parness Law Firm, PLLC