UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS SANQUINI,<br>Plaintiff,<br>-v-<br>STUBHUB, INC., et al.,<br>Defendants. | 26-cv-5880 (JSR)<br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Before the Court is the defendants' motion to compel arbitration or, in the alternative, to dismiss the complaint with prejudice for failure to state a claim. See ECF No. 23. Upon full consideration of the briefing, as well as the arguments presented by the parties at oral argument on September 11, 2026, the Court hereby grants the defendants' motion to compel arbitration, stays this case pending completion of the arbitration proceedings, and denies the motion to dismiss without prejudice as moot. An Opinion explaining the reasons for this ruling will issue in due course. The Clerk's Office is respectfully directed to close ECF No. 23.

SO ORDERED.

New York, NY
September 14, 2026

JED S. RAKOFF, U.S.D.J.